# IN THE SUPREME COURT OF THE STATE OF NEVADA

PARKER HURLESS, AN INDIVIDUAL; AND FENCING SPECIALISTS, INC., A NEVADA CORPORATION,

Appellants,

vs.

TRAMON FINNER,

Respondent.

No. 72565

**FILED**

JUL 2 5 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Susan Johnson, District Judge
Emerson Law Group
Lemons, Grundy & Eisenberg
The Law Offices of Curtiss S. Chamberlain
Eighth District Court Clerk

17-24662